IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE | CASE NO. 14-00126 BKT |
|---|---|
| LIMARY RIOS CAMACHO | |
| SS #2233 | CHAPTER 7 |
| DEBTOR | |

NOTICE OF WITHDRAWAL OF LEGAL REPRESENTATION & SUBSTITUTION OF COUNSEL FOR DEBTOR

TO THE HONORABLE COURT:

Counsel for debtor LIMARY RIOS CAMACHO respectfully prays for her withdrawal from debtor's legal representation, and prays as follows:

1. This debtor filed her case on **January 12, 2014**. She has received her discharge since 2015 but to date her case has not been closed and the Trustee has not fully administered, or abandoned the property of the Estate. Trustee appears to have collected a net total of **$5,138.56** while this case has been pending and no funds have been distributed to the creditors of this Estate. See doc #82 filed on April 29, 2019.

2. Debtor has requested the withdrawal of this attorney's legal representation and we therefore request from this Court authorize the withdrawal of the undersigned attorney from debtor's legal representation and substitution of counsel for debtor.

3. Debtor wishes that counsel Esteban Santana Rosado USDC PR #223009 substitute Lyssette Morales Vidal of L.A. Morales & Associates P.S.C. and continue the legal representation of debtor's interests in this case.

4. The undersigned counsel, on behalf of Limary Rios Camacho hereby requests the Clerk to substitute counsel as herein included and request that pursuant to

1

Federal Rule of Bankruptcy Procedure 2002 all further notices and pleadings be notified to: Esteban Santana, Esq. USDC PR #223009 500 Ave Andalucía, San Juan 00920 santanarosado@hotmail.com .

**WHEREFORE**, counsel for Limary Rios Camacho, prays to be relieved of debtor's representation and that substitute counsel, Esteban Santana, Esq. be authorized to continue to represent debtor in this case.

**CERTIFICATE OF SERVICE**: I hereby certify that on May 1, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registered parties. Respectfully submitted in Caguas, Puerto Rico, May 1, 2019

/s/ **L.A. Morales**

L. A. MORALES & ASSOCIATES PSC
USDC 121100
URB VILLA BLANCA
CAGUAS, PUERTO RICO 00725-1908
TEL 787- 746-2434 / 787-258-2658
FAX 855-298-2515
E-MAIL: lamoraleslawoffice@gmail.com